AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Microsoft Corporation, a Washington Corporation | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | 16CV14281-Rosenberg/Lynch |
| Your Software Shop LLC, a Florida limited liability company d/b/a YourSoftwareShop.com; and Bridget Doyle, an individual | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bridget Doyle
18882 SE Old Tr. Dr. W.
Jupiter, Florida  33478

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss
Carlton Fields Jorden Burt, P.A.
100 SE Second St.
Suite 4200
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  Jul 6, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Microsoft Corporation, a Washington Corporation<br><br>*Plaintiff(s)*<br>v.<br>Your Software Shop LLC, a Florida limited liability company d/b/a YourSoftwareShop.com; and Bridget Doyle, an individual<br><br>*Defendant(s)* | 16CV14281-Rosenberg/Lynch |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Your Software Shop LLC, a Florida limited liability company d/b/a
YourSoftwareShop.com
c/o Registered Agent Bridget Doyle
18882 SE Old Tr. Dr. W.
Jupiter, Florida  33478

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss
Carlton Fields Jorden Burt, P.A.
100 SE Second St.
Suite 4200
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 6, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts